**10CRIM 352**

REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Jim Molinelli<br>Part1 Criminal Docket Clerk | OFFENSE: Conspiracy to Possess With Intent to Distribute Cocaine |
| | | ORIGINAL SENTENCE: 135 months on Ct. 1, to run concurrent with case numbers 04 CR 20151-Lenard and 05 CR 20472 Lenard. The defendant shall received credit for time served as applicable by statute. Five (5) Years Supervised Release to run concurrent with case number 04 CR 20151 Lenard and 05 CR 20472 Lenard |
| FROM: | Raymond Gonzalez<br>U.S. Probation Officer | SPEC. CONDITIONS: The defendant shall also comply with the following additional conditions of supervised release: If appropriate, the defendant shall participate in an approved treatment program for drug and /or alcohol abuse as directed by the U.S. Probation Office, and abide by all supplemental conditions of treatment Participation may include impatient/outpatient treatment, if deemed necessary. The defendant will contribute to the costs of services rendered (co-payment) in an amount determined by the U.S. Probation Officer, based on ability to pay or availability of third party payment. The defendant shall provide complete access to financial information, including disclosure of all business and personal finances to the U.S. Probation Officer. The defendant shall submit to a search of his person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer. The defendant shall provide all personal/business telephone records to the U.S. Probation Officer upon request. Further, the defendant shall provided the U.S. Probation Officer written authorization to request a record of all the defendant's outgoing or incoming telephone calls from any telephone service provider. The defendant shall obtain prior written approval from the U.S. Probation Officer before entering into any self-employment. |
| | | AUSA: TO BE ASSIGNED |
| RE: | PALMA, Raul<br>05 CR 20473 | |



USDC SDNY ELECTRONICALLY FILED 26 APR 2010

DATE OF SENTENCE:   October 20, 2005

DATE:   April 13, 2010

ATTACHMENTS:   PSI     JUDGMENT X     PREVIOUS REPORTS
VIOLATION  PETITION

REQUEST FOR:   WARRANT____   SUMMON ____   COURT DIRECTION  X

## TRANSFER OF JURISDICTION

On October 20, 2005, the above-mentioned individual was sentenced as outlined above in the Southern District of Florida, by the Honorable Joan A. Lenard, U.S. District Judge.

On January 19, 2010, we received a letter from the Southern District of Florida advising that the Honorable Joan A. Lenard, U.S. District Judge, signed the Transfer of Jurisdiction, Probation Form22, ordering Mr. Palma's transfer to the Southern District of New York. At this time we are requesting that this case be assigned to a judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

Respectfully submitted,

MICHAEL J. FITZPATRICK
Chief U.S. Probation Officer

Raymond Gonzalez
U.S. Probation Officer
(212) 805-5124